UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANDORA TAYLOR )
                Plaintiff, )
  )
v. )       **JUDGMENT**
  )       No. 5:19-CV-101-FL
FEDERAL EXPRESS CORPORATION )
                Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 16, 2021 and for the reasons set forth more specifically therein, where defendant's motion for summary judgment is GRANTED.

**This Judgment Filed and Entered on December 16, 2021, and Copies To:**
Andora Taylor  (via US Mail to 8200 Green Lantern St #205, Raleigh, NC 27613)
Joseph Reafsnyder / Michael Cohen (via CM/ECF Notice of Electronic Filing)

December 16, 2021         PETER A. MOORE, JR., CLERK

                       /s/ Sandra K. Collins
                   (By) Sandra K. Collins, Deputy Clerk